IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TRAVIS CONISH,                              )
          Plaintiff,                        )
vs.                                         )         No. 3:08-CV-0437-D
                                            )
STATE OF TEXAS, et al.,                     )
          Defendants.                       )

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the court denies plaintiff's motion to proceed *in forma pauperis*. By separate judgment, the court dismisses this action without prejudice for the failure of plaintiff to comply with an order of the court.

**SO ORDERED**.

June 24, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE